**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**IN RE AMERICAN TOWER CORPORATION**
**DERIVATIVE LITIGATION**                    **CIVIL ACTION**
                                             **NO. 06-11029-MLW**

**JUDGMENT**

**WOLF, D. J.**

In accordance with the Court's Order dated **February 4, 2008**, in the above-referenced action, DISMISSING the plaintiff's complaint without prejudice.

It is hereby ORDERED:

Judgment for the Defendants without prejudice.

By the Court,

**February 4, 2008**                         **/s/ Dennis O'Leary**
   Date                                      Deputy Clerk

(judge-dis.wpd - 12/98)                                              [jgm.]