UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>IN RE AMERICAN TOWER CORPORATION
DERIVATIVE LITIGATION</u>**  　　　　　　　　**CIVIL ACTION
　　　　　　　　　　　　　　　　　　　　　　　　　NO.  <u>06-11029-MLW</u>**

**<u>AMENDED JUDGMENT</u>**

**<u>WOLF, D. J.</u>**

In accordance with the Court's Order dated <u>**February 4, 2008**</u>, in the above-referenced action, DISMISSING the plaintiff's complaint except for Count I which was dismissed without prejudice.

It is hereby ORDERED:

Judgment for the Defendants without prejudice as to Count I.

　　　　　　　　　　　　　　　　　　　　　　　By the Court,

<u>**February 5, 2008**</u>　　　　　　　　　　　　　<u>/s/ Dennis O'Leary　　　</u>
　　**Date**　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**(judge-dis.wpd - 12/98)**　　　　　　　　　　　　　　　　　　　　　**[jgm.]**